THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN ALLEN, Appellant.—

Present—Callahan, J. P., Denman, Green, Lawton and Davis, JJ.